FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Jan 18 2023

KEVIN P. WEIMER, Clerk

By: s/Kari Butler
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION FILE |
| ROBERT SLOCUM, | NO. 4:93-CR-0008-AT-WEJ-1 |
| Defendant. | |

### FINAL REPORT AND RECOMMENDATION REGARDING COMPETENCY OF ROBERT SLOCUM

This matter is before the Court for a determination of whether defendant, Robert Slocum, is competent to stand trial. The Honorable Amy Totenberg, Senior United States District Judge, found Mr. Slocum incompetent to stand trial, and thus placed him in the custody of the Bureau of Prisons ("BOP") for purposes of attempting to restore competency. (See Order [78] of February 18, 2022.) On November 22, 2022, the BOP submitted to this Court an October 25, 2022 Forensic Mental Health Evaluation [80] conducted on the defendant pursuant to 18 U.S.C. § 4241(d). Dr. Miriam Kissin evaluated the defendant and opined that he was competent to stand trial.

The undersigned conducted a hearing on this issue on January 18, 2023 [85]. At that hearing, counsel for the defendant agreed with Dr. Kissin's evaluation and stated that her client appeared competent.  The Government agreed.

Given the report of Dr. Kissin, and the fact that all counsel agree, the undersigned **RECOMMENDS** that defendant be found competent under the standards set out in 18 U.S.C. § 4241.

The Clerk is **DIRECTED** to terminate the reference to the undersigned.

**SO RECOMMENDED**, this 18th day of January, 2023.

_____
WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE