IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | CRIMINAL ACTION NO. |
| ROBERT SLOCUM, | : | 4:93-cr-0008-AT-1 |
| | : | |

# **ORDER**

Presently before the Court is the Magistrate Judge's Report and Recommendation ("R&R") regarding Defendant Slocum's competency to stand trial or other legal proceedings [Doc. 86].

On November 22, 2022, the BOP submitted to this Court a Forensic Mental Health Evaluation [Doc. 80] conducted by Dr. Miriam Kissin, finding that Mr. Slocum is now competent to stand trial. Thereafter, Judge Johnson conducted a hearing on this issue on January 18, 2023. Judge Johnson's R&R concludes that "Given the report of Dr. Kissin, and the fact that all counsel is in agreement, the undersigned RECOMMENDS that Defendant be found competent under the standards set out in 18 U.S.C. §4241." [Doc. 86 at 2.]  The Court agrees with the R&R's finding. Based on counsel's agreement with this finding, the Court will conduct a hearing in this matter forthwith to resolve the pending Petition to Revoke Bond [Doc. 65] and to assess whether there is any legal and evidentiary basis for Defendant's continued supervised release, given that he has been detained since December 20, 2010.

Accordingly, the Court receives the Magistrate Judge's Report and Recommendation with approval and hereby **ADOPTS** the Report and Recommendation as the opinion of this Court regarding Mr. Slocum's competency [Doc. 86]. The Court schedules a hearing in this matter on February 8, 2023, at 2:30 PM in Courtroom 2308.

**IT IS SO ORDERED** this 23rd day of January, 2023.

Amy Totenberg
United States District Judge

2